# UNITED STATES DISTRICT COURT
## Eastern District of Texas
## Lufkin Division

| | | |
|---|---|---|
| JAMES B. LUSHBAUGH | § | CASE NUMBER: 9:19-CV-75 |
| | § | |
| | § | |
| V. | § | |
| | § | |
| | § | |
| | § | |
| JOHN MALONE, PLLC | § | |

**PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, James B. Lushbaugh, hereby files this, his Motion to Dismiss With Prejudice in connection with the above entitled and numbered cause and respectfully moves this Court for an Order of Dismissal With Prejudice and would show this Court as follows:

The parties have reached a settlement and no longer desire to continue with litigation and therefore respectfully request that this matter be dismissed.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that this Court enter an Order of Dismissal in this cause of action, with prejudice as to the re-filing of claims.

Respectfully submitted,

Ciment Law Firm, PLLC

/s/ Daniel J. Ciment
_____
Daniel J. Ciment
Texas Bar No. 24042581
24275 Katy Freeway, Suite 400
Katy, TX 77494
833-663-3289 – phone
855-855-9830 – fax